IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL G. SCHAFER,

    Petitioner,                    No. CIV S-08-1114 LKK EFB P

    vs.

KEN CLARK, Warden, et al.,

<u>ORDER</u>

    Respondents.
_____/

    On August 7, 2008, the undersigned issued findings and recommendations recommending this action be dismissed for petitioner's failure to file an *in forma pauperis* application or pay the appropriate filing fees. Petitioner paid the filing fee on June 25, 2008. Due to clerical error, the Clerk did not enter that information on the docket until August 19, 2008. Petitioner has paid the filing fee and the court will screen the petition shortly.

    Accordingly, the August 7, 2008, findings and recommendations are vacated.

    So Ordered.

DATED: August 20, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE